**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 2:25-cr-20040-MSN**

**PHEDORIS THOMPSON,**

**Defendant.**

---

## REPORT AND RECOMMENDATION

---

Pursuant to 28 U.S.C. § 636(b), the undersigned United States Magistrate Judge conducted a plea hearing in this case on September 10, 2026. At the hearing, Defendant entered a plea of guilty to Count(s) 3 of the indictment. On the basis of the record made at the hearing, the Court finds that Defendant is fully competent and capable of entering an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; it is made voluntarily and free from any force, threats, or promises; Defendant understands the nature of the charges and penalties provided by law; and the plea has a sufficient basis in fact. Acceptance of the plea, adjudication of guilt and imposition of sentence are specifically reserved for the District Judge.

I therefore recommend that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count 3 of the indictment; (2) accept Defendant's guilty plea to Count 3 of the indictment; and (3) adjudicate Defendant guilty of knowingly possessing a machinegun, specifically a Glock, model 26 Gen 4, 9mm caliber pistol, with a machine gun conversion device in violation of 18 U.S.C. § 922(o).

The Defendant's sentencing hearing is scheduled before the United States District Judge Mark S. Norris on **December 10, 2026, at 2:00 p.m.**

**SIGNED** this 10th day of September, 2026.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE SAID OBJECTIONS OR EXCEPTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF THE OPPORTUNITY TO RAISE OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**